# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00036-CR

**Vincent Lamar Neal, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 56291, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Vincent Lamar Neal seeks to appeal from a judgment of conviction for aggravated sexual assault. The trial court has certified, and the record confirms, that this is a plea bargain case and Neal has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See id.* rule 25.2(d).

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Jurisdiction

Filed:   February 8, 2005

Do Not Publish